Glenn Stearns, Chapter 13 Trustee
4343 Commerce Court, Suite 120
Lisle, IL 60532-3614
Ph: (630) 577-1313

In re:
JOHN C HUET

Case No. 06-03112
Account No. 1621437871

CHASE HOME FINANCE
DEPT OH4 7142
3415 VISION DR
COLUMBUS, OH 43219

JOHN C HUET
3750 W DUPONT ROAD
MORRIS, IL 60450

JOHN A REED
63 W JEFFERSON ST #200
JOLIET, IL 60432

### NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on July 12, 2010.

/S/ Marifran Smith

For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on January 04, 2011.

/S/ Marifran Smith

For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
4343 Commerce Court, Suite 120
Lisle, IL 60532-3614
Ph: (630) 577-1313